Larry TAYLOR, Appellant,

v.

STATE of Alaska, Appellee.

No. 3642.

Supreme Court of Alaska.

Sept. 8, 1978.

Eric T. Sanders, Asst. Public Defender, Brian C. Shortell, Public Defender, Anchorage, for appellant.

No appearance for appellee.

## OPINION

Before BOOCHEVER, C. J., and RABI-
NOWITZ, CONNOR, BURKE and MAT-
THEWS, JJ.

PER CURIAM.

Appellant asserts that the superior court
failed to credit him for time served in cus-
tody prior to sentencing in violation of AS
11.05.040(a).[1]

A review of the record and of the judg-
ment of the superior court convinces us that
this appeal is now moot and that no issue is
presented which is "of grave public concern
and is recurrent but is capable of evading
review." *Doe v. State*, 487 P.2d 47, 53
(Alaska 1971).

AFFIRMED.

---

1. AS 11.05.040(a) states:

"When a person is sentenced to imprison-
ment, his term of confinement begins from
the day of his sentence. A person who is
sentenced shall receive credit toward service
of his sentence for time spent in custody
pending trial or sentencing, or appeal, if that
detention was in connection with the offense
for which sentence was imposed. The time
during which the person is voluntarily absent
from the penitentiary, reformatory, jail, or
from the custody of an officer after his sen-
tence, shall not be estimated or counted as a
part of the term for which he was sen-
tenced."